1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   RYAN BRICKER (State Bar No. 269100)
3  CALLA E. YEE (State Bar No. 306652)
   Two Embarcadero Center, Suite 1900
4  San Francisco, California  94111
   Telephone:  (415) 576-0200
5  Facsimile:   (415) 576-0300
   E-Mail:      ggilchrist@kilpatricktownsend.com
6               gcincone@kilpatricktownsend.com
                rbricker@kilpatricktownsend.com
7               cyee@kilpatricktownsend.com

8  Attorneys for Plaintiff
   LEVI STRAUSS & CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BLUE IN GREEN, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:16-cv-07011-WHO<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE, STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT, AND [PROPOSED] ORDER**<br><br>Complaint Filed:　December 7, 2016<br>Trial Date:　　　　Not Yet Set |

　　　The undersigned attorneys for plaintiff Levi Strauss & Co. ("LS&Co.") and defendant Blue in Green, LLC ("Blue in Green"), stipulate as follows:

　　　LS&Co. filed its Complaint on December 7, 2016, and Blue in Green returned its waiver of service of summons on December 12, 2016.  LS&Co. is currently attempting to serve the remaining defendants with the Complaint and related filings and papers pursuant to Article 10(a) of the Hague Convention and Federal Rule of Civil Procedure 4(h)(2).

/ / /

In the meantime, LS&Co. and Blue in Green have discussed settlement, and believe that additional time before an initial case management conference would benefit those discussions. A case management conference is scheduled before the Court on March 7, 2017. In light of LS&Co.'s settlement discussions with Blue in Green, and its ongoing efforts to serve the remaining defendants, LS&Co. and Blue in Green respectfully request that the Court continue the case management conference for four (4) weeks, or until April 4, 2017, at 2:00 p.m. The requested extension will not affect the Court's case management schedule.

Blue in Green's response to the Complaint was due on February 7, 2017, though the parties have extended that deadline by stipulation until February 27, 2017. LS&Co. and Blue in Green now further agree to extend Blue in Green's time to answer the complaint from February 27, 2017, until March 28, 2017. Blue in Green shall not use as a defense against any motion for contempt that LS&Co. stipulated to extend Blue in Green's deadline to answer.

Dated: February 23, 2017        KILPATRICK TOWNSEND & STOCKTON LLP


By:        /s/ *Ryan Bricker*
                   Ryan Bricker

Attorneys for Plaintiff
LEVI STRAUSS & CO.


Dated: February 23, 2017        KAUFMAN & KAHN, LLP


By:        /s/ *Mark S. Kaufman*
                   Mark S. Kaufman

Attorneys for Defendant
BLUE IN GREEN, LLC

**ATTESTATION REGARDING SIGNATURES**

Pursuant to Local Rule No. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel indicated by a "conformed" signature within this e-filed document.

                                            /s/ *Ryan Bricker*
                                              Ryan Bricker

**ORDER**

Pursuant to stipulation, the case management conference scheduled for March 7, 2017, is continued to April 4, 2017, at 2:00 p.m.

In addition, defendant Blue in Green's time to answer the complaint is extended from February 27, 2017, until March 28, 2017.

IT IS SO ORDERED.

Dated: February 23, 2017

_____
William H. Orrick
United States District Judge

69132711V.1