UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUE IN GREEN, LLC, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-07011-WHO<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 59 |

I have reviewed plaintiff's Case Management Statement. In the event plaintiff files its motion for default judgment against Full Count by noon on Tuesday, May 29, 2018, the Case Management Conference set at 2:00 p.m. that day shall be vacated and counsel need not appear.

**IT IS SO ORDERED.**

Dated: May 25, 2018



William H. Orrick
United States District Judge